**LAW OFFICE OF SAM A. SCHMIDT**
THE TRINITY BUILDING
111 BROADWAY
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4665
E-mail lawschmidt@aol.com

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 27 2006 ★
BROOKLYN OFFICE

Sam A. Schmidt, Esq.

Of Counsel
Peter Nissman, Esq.

April 19, 2006

Hon. John Gleeson, USDJ
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: *United States v. Brenda Mayo*
Cr. ~~0443~~ (JG)
05 CR 43

*Granted
Sentence adjourned
to June 21, 2006
@ 2:00 PM*

Dear Hon. Judge Gleeson:

I am the attorney of defendant, Brenda Mayo. Presently, she is scheduled to be sentenced on May 10, 2006. I am submitting this letter to request that the sentence be postponed to the week of May 29, 2006.

As I previously noted a very important part of the any sentencing submission in this case, either by defendant or by the United States Department of Probation, is the inclusion of information from the psychological forensic evaluation. I have just received the report from our expert and have forwarded it the government and the assigned probation officer, Sindee Haasenoot, USPO.

I have spoken with Lee Freedman, Esq., the assistant on this matter to determine and he has stated that he has no objection to this request.

If you Honor requires any additional information, please have chambers contact my office. Thank you for your Honor's consideration.

Sincerely,

Sam A. Schmidt

cc: Lee Freedman, Esq.
    Sindee Haasenoot, USPO

s/John Gleeson

## Law Office of Sam A. Schmidt

### Attorney at Law

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE.

**DATE:** April 19, 2006

**TIME:** 9:40 AM

**FROM:** Sam A. Schmidt, Esq.

    FAX: (212) 346-4665

    TEL: (212) 346-4666

**TO:** Hon. John Gleeson

    FAX: 718 613-2456

    TEL:

**Re:** U.S. v. Brenda Mayo

**TOTAL PAGES INCLUDING THIS PAGE: 2**