# LAW OFFICE OF SAM A. SCHMIDT
THE TRINITY BUILDING
111 BROADWAY
NEW YORK, N.Y. 10006
(212) 346-4666
FACSIMILE (212) 346-4665
E-mail lawschmidt@aol.com

*granted*
*So ordered*
s/John Gleeson

Sam A. Schmidt, Esq.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 19 2006 ★

**BROOKLYN OFFICE**

Of Counsel
Peter Nissman, Esq.

June 30, 2006

6-30-06

Hon. John Gleeson, USDJ
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: *United States v. Brenda Mayo*
Cr. 04-43 (JG)
05

Dear Hon. Judge Gleeson:

Presently, Ms. Mayo's geographical limitations of her bail include the Eastern and Southern Districts of New York. Ms. Mayo has been asked by her sister, Angelina, to bring Angelina's children to Alderson WV, where she is incarcerated, for a July 4 bar-b-que for inmates and visitors. Ms. Mayo wishes to travel there with the children

I have previously informed the government of this request and assumed that we would resolve this today. However, because of my error in believing that the sentencing hearing was scheduled for 2 PM, the matter has been adjourned and we will not appear prior to the picnic. Mr. Freedman has previously not opposed such temporary geographical modifications.

Therefore, I respectfully request that your Honor enlarge the geographical limitations of the bail and permit Ms. Mayo to travel to and from Alderson, West Virginia between July1, 2006 and July 5, 2006.

If your Honor requires any additional information, please have chambers contact my office. Presently my telephone system is not working. I can be reached at (917) 687-8620, by E-mail, or a colleague's facsimile at (212) 346-7719.

Thank you for your Honor's consideration.

Sincerely,
Sam A. Schmidt

cc: AUSA Lee Freedman

Michael Ilaria, PTSO

*copy faxed*

## Law Office of Sam A. Schmidt

### Attorney at Law

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE.

DATE: June 30, 2006

TIME: 11:45 AM

FROM: Sam A. Schmidt, Esq.

FAX: (212) 346-4665

TEL: (212) 346-4666

*Temporarily 212 346-7719*

TO: Hon. John Gleeson

FAX: 718 613-2456

TEL:

Re: U.S. v. Brenda Mayo

TOTAL PAGES INCLUDING THIS PAGE: 2